Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
VIRGIL L ESTEBAN
NONA S ESTEBAN

Case No. 09-30642-D
Account No.

WELLS FARGO HOME MORT
1 HOME CAMPUS MAC# X-2302-04C
DES MOINES, IA 50328

VIRGIL L ESTEBAN
NONA S ESTEBAN
328 FOUNTAIN AVE
ELGIN, IL 60124

JOYNER LAW OFFICE
120 S STATE ST #200
CHICAGO, IL 60603

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B (2)(b) was sent in error on June 14, 2010.

/S/ Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on September 20, 2013.

/S/ Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888